# United States Court of Appeals for the Federal Circuit

---

**FRANCESCA COSTANTINO, ROBERTO LENNA,
AND SILVIA PIURI,**
*Appellants,*

**v.**

**CARSTEN SEILZ AND HARTMUT SEBA,**
*Appellees.*

---

2012-1511

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences in Interference No. 105,788.

---

## JUDGMENT

---

DOUGLAS J. GILBERT, Tarter Krinsky & Drogin LLP, of New York, New York, argued for appellants. Of counsel on the brief were JEFFREY A. SCHWAB and JAY S. CINAMON, Abelman, Frayne & Schwab, of New York, New York.

ADAM K. MORTARA, Bartlit Beck Herman Palenchar & Scott, LLP, of Chicago, Illinois, argued for appellees. Of counsel on the brief were ANTHONY J. ZELANO, BRION P. HEANEY, and JOHN A. SOPP, Millen, White, Zelano & Branigan PC, of Arlington, Virginia.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and DYK, *Circuit Judges).*

## AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 12, 2013
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk